WAUKEEN Q. McCOY, ESQ. (SBN: 168228)
LAW OFFICES OF WAUKEEN Q. McCOY
703 Market Street, Suite 1407
San Francisco, California 94103
Telephone (415) 675-7705
Facsimile (415) 675-2530

Attorneys for Plaintiff
Pernell Evans

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERNELL EVANS, <br><br> Plaintiff, <br><br> vs. <br> FEDEX CORPORATION, a Delaware corporation, dba FEDEX EXPRESS, <br><br> Defendants. | Case No. C07-5484 BZ <br><br><br> NOTICE OF VOLUNTARY DISMISSAL |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff voluntarily

dimisses the above-captioned action without prejudice.


LAW OFFICE OF WAUKEEN McCOY

Dated: November 5, 2007                    ____/s/Waukeen McCoy_____

WAUKEEN MCCOY

Attorney for Plaintiffs

1