FILED

07 NOV -6 PM 3: 42

..............
CLERK U.S DISTRICT COURT
.....................

1  Waukeen McCoy, Bar No: 168228          (415) 675-7705
2  LAW OFFICE OF WAUKEEN McCOY
   703 Market Street
3  San Francisco. CA  94103

4  Representing: Plaintiff          File No.none

5

6

7

8                    United States District Court

9                   Northern District of California

10

11

12 Evans                          )          Case No: C075484BZ
                                  )
13                                )
                                  )     Proof of Service of:
14        Plaintiff/Petitioner    )
                                  )     Civil Cover Sheet; Summons In A Civil Case;
15              vs.               )     Summons In A Civil Action; Complaint; ADR
                                  )     Packet
16 Federal Corporation, et al.'   )
                                  )
17                                )       **BY FAX**
          Defendant/Respondent    )
18 _____)
                                        Service on:
19                                      Federal Express, a Corporation

20

21

22                                      Hearing Date:
                                        Hearing Time:
23                                      Div/Dept:

24

25

26

27

28


                        PROOF OF SERVICE

FF# 6650766

1  Waukeen McCoy, Bar No: 168228        (415) 675-7705
2  LAW OFFICE OF WAUKEEN McCOY
   703 Market Street
3  San Francisco, CA 94103

4  Representing: Plaintiff             File No.none

5

6

7

8                          United States District Court

9                          Northern District of California

10

11

12  Evans                                    Case No: C075484BZ

13                          )
                            )
14       Plaintiff/Petitioner )            Proof of Service of:
                            )              Civil Cover Sheet; Summons In A Civil Case;
15              vs.          )              Summons In A Civil Action; Complaint; ADR
                            )              Packet
16  Federal Corporation, et al.'  )
                            )
17       Defendant/Respondent )
                            )
18  _____ )
                                          Service on:
19                                        Federal Express, a Corporation

20

21
                                          Hearing Date:
22
                                          Hearing Time:
23
                                          Div/Dept:
24

25

26

27

28


                          PROOF OF SERVICE

FF# 6650766