| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Waukeen McCoy, 168228<br>LAW OFFICE OF WAUKEEN McCOY<br>703 Market Street<br>San Francisco, CA 94103 | (415) 675-7705 | FILED<br>07 NOV 13 PM 3:50<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.: none | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:
Pernell Evans

DEFENDANT:
Fedex Corporation

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C075484BZ |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons; Complaint

2. Party Served: Everett Rey

3. Person Served: party in item 2

4. Date & Time of Delivery: November 8, 2007    1:50 pm

5. Address, City and State: 9190 Edes Ave
Oakland, CA 94603

6. Manner of Service: Personal Service - By personally delivering copies.

**BY FAX**

Fee for Service: $ 44.00

Registered California process server.
County: ALAMEDA
Registration No.:746
Expiration: July 14, 2008

One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on November 9, 2007 at Oakland, California.

Signature: _Roderick Thompson_

Roderick Thompson